IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN C. DRAKE,

      Petitioner,                    No. CIV S-07-0577 DFL KJM P

   vs.

FELKER, et al.,

      Respondents.          ORDER

_____/

      Petitioner has requested an extension of time to file objections to the April 6, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's May 3, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file objections to the April 6, 2007 findings and recommendations.

DATED: May 11, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
drak0577.111