IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEAN CLAY DRAKE,** | 2:07-cv-00577-JKS-KJM P |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **FELKER, et al.,** | |
| Respondent. | |

Respondent has requested an extension of time to file a response to the Petition for Writ of Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondent's request is granted. Respondent shall file a response to the Petition for Writ of Habeas Corpus on or before May 13, 2009.

DATED: April 23, 2009.

_____
U.S. MAGISTRATE JUDGE

1