IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN CLAY DRAKE,<br><br>            Petitioner,<br><br>    vs.<br><br>DERRAL G. ADAMS,[1] Warden, California State Prison, Corcoran<br><br>            Respondent. | No. 2:07-cv-00577-JKS-KJM<br><br>ORDER WITHDRAWING<br>REFERENCE TO MAGISTRATE JUDGE |

      Upon the Court's own volition,

      IT IS HEREBY ORDERED THAT the reference of this matter to a Magistrate Judge is hereby WITHDRAWN.

      Dated: June 1, 2009.

                                                       /s/ James K. Singleton, Jr.
                                                       JAMES K. SINGLETON, JR.
                                                       United States District Judge

---

[1] Dermal G. Adams, Warden, California State Prison, Corcoran, is hereby substituted for Felker, Warden High Desert State Prison.  Fed. R. Civ. P. 25(d).